UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2010 JAN 25 PM 3: 48
DEPUTY CLERK _____

| | |
|---|---|
| SOUTHERN CROSS RENTAL, INC., d/b/a Budget Rent-A-Car of McAllen, LESLIE and LOIS CURREY, d/b/a Budget Rent-A-Car of Lubbock, CURREY ENTERPRISES, INC., d/b/a Budget Rent-A-Car of Abilene, and SAM COKER, JR., d/b/a Budget Rent-A-Car of the Southwest, § § § § § § § § § Plaintiffs, § § vs. § § BUDGET RENT A CAR SYSTEM, INC., § AVIS BUDGET CAR RENTAL, LLC, AVIS § BUDGET GROUP, INC., and LOS § COMPADRES, LLC, § § Defendants. § | CIVIL ACTION NO: 2:10-CV-1-J |

## ORDER

Before the Court is Budget Rent A Car System, Inc., Avis Budget Car Rental, LLC and Avis Budget Group, Inc.'s ("Defendants") motion for a substitution of counsel. This motion is GRANTED. The Clerk of Court is ordered to designate David Mullin and Richard Biggs of Mullin Hoard & Brown, LLP and Paul J. Halasz of Day Pitney LLP as counsel for Defendants. The Clerk is further ordered to terminate Kim C. Stanger of Hawley Troxell Ennis & Hawley and Scott McIntosh of DLA Piper LLP as counsel for Defendants.

IT IS SO ORDERED

SIGNED this 25th day of January, 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE