UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SOUTHERN CROSS RENTAL, INC., d/b/a Budget Rent-A-Car of McAllen, LESLIE and LOIS CURREY, d/b/a Budget Rent-A-Car of Amarillo and Budget Rent-A-Car of Lubbock, CURREY ENTERPRISES, INC., d/b/a Budget Rent-A-Car of Abilene, and SAM COKER, JR., d/b/a Budget Rent-A-Car of the Southwest, | § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. 2:10-CV-1-J |
| BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET CAR RENTAL, LLC, AVIS BUDGET GROUP, INC., and LOS COMPADRES, LLC, | § § § § § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL**

COMES NOW Plaintiff Sam Coker, Jr., d/b/a Budget Rent-A-Car of the Southwest, and Defendants Budget Rent a Car, System, Inc., Avis Budget Car Rental, LLC, and Avis Budget Group, Inc., ("Defendants") and file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).[1]  Plaintiff voluntarily dismisses all claims brought against the Defendants with prejudice. Defendants voluntarily dismiss all counterclaims against Plaintiff with prejudice.  All costs will be taxed to the parties who incurred the same.

Respectfully submitted,

---

[1] The claims against Los Compadres, LLC were resolved prior to transfer of this case to this district.  An unopposed motion to clarify the record to remove Los Compadres from this case is pending.

| /s/ David Mullin | /s/ Charles Bradford |
|---|---|
| David Mullin, No. 14651600<br>Richard Biggs, No. 24064899<br>500 South Taylor, Suite 800<br>P.O. Box 31656<br>Amarillo, Texas 79120-1656<br>Telephone: (806) 372-5050<br>Fax: (806) 372-5086<br>E-Mail: dmullin@mhba.com<br><br>Attorneys for Defendants Budget Rent a Car, System, Inc., Avis Budget Car Rental, LLC, Avis Budget Group, Inc.<br><br>Dated: 2/2/2010 | Charles Bradford, No. 00787121<br>The Bradford Law Firm<br>105 East Main Street<br>Suite 200A<br>Brenham, TX 77833<br>Telephone: (979) 836-1098<br>Fax: (979) 836-6095<br>Email: cbradford@thebradfordfirm.com<br><br>Attorney for Plaintiff Sam Coker, Jr. d/b/a Budget Rent-A-Car of the Southwest<br><br>Dated: 2/1/2010 |

**Agreed as to form and content:**

/s/ Slater Elza

Slater Elza, No. 24000747
Underwood, Wilson, Berry, Stein and Johnson, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Telephone: (806) 379-0347
Fax: (806) 349-9474
E-Mail: slater.elza@uwlaw.com

Attorney for Plaintiffs Southern Cross Rental, Inc., d/b/a Budget Rent-A-Car of McAllen, Leslie and Lois Currey, d/b/a Budget Rent-A-Car of Amarillo and Budget Rent-A-Car of Lubbock, and Currey Enterprises., d/b/a Budget Rent-A-Car of Abilene

Dated: 2/1/2010