IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SOUTHERN CROSS RENTAL, INC., d/b/a Budget Rent-A-Car of McAllen, LESLIE and LOIS CURREY, d/b/a Budget Rent-A-Car of Amarillo and Budget Rent-A-Car of Lubbock, CURREY ENTERPRISES, INC., d/b/a Budget Rent-A-Car of Abilene, and SAM COKER, JR., d/b/a Budget Rent-A-Car of the Southwest,<br><br>Plaintiffs,<br><br>v.<br><br>BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET CAR RENTAL, LLC, AVIS BUDGET GROUP, INC., and LOS COMPADRES, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § §     NO. 2:10-CV-1-J |

## ORDER

Before the Court is the motion denominated *Unopposed Motion to Dismiss and Terminate Proceedings as to Los Compadres, LLC*, filed by Defendant Los Compadres, LLC. On January 21, 2010, the Court stated that Plaintiffs were to inform the Court on or before February 1, 2010 if they oppose the motion, otherwise the motion would be granted. Plaintiffs have not filed any opposition to the dismissal of Defendant Los Compadres, LLC. The motion is GRANTED.

It is SO ORDERED.

Signed this 3rd day of February, 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE