CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 FEB -5 PM 2: 38

DEPUTY CLERK ___

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SOUTHERN CROSS RENTAL, INC., d/b/a Budget Rent-A-Car of McAllen, LESLIE and LOIS CURREY, d/b/a Budget Rent-A-Car of Amarillo and Budget Rent-A-Car of Lubbock, CURREY ENTERPRISES, INC., d/b/a Budget Rent-A-Car of Abilene, and SAM COKER, JR., d/b/a Budget Rent-A-Car of the Southwest, <br><br> Plaintiffs, <br><br> v. <br><br> BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET CAR RENTAL, LLC, AVIS BUDGET GROUP, INC., and LOS COMPADRES, LLC, <br><br> Defendants. | NO. 2:10-CV-1-J |

## ORDER

Before the Court is a *Stipulation of Dismissal* between Plaintiff Sam Coker, Jr., d/b/a Budget Rent-A-Car of the Southwest (Plaintiff), and Defendants Budget Rent a Car System, Inc., Avis Budget Car Rental, LLC, and Avis Budget Group, Inc. (Defendants), filed on February 2, 2010. Plaintiff and Defendants voluntarily seek dismissal of the claims respectively asserted against each other. Accordingly, all claims brought by Plaintiff against the Defendants are dismissed with prejudice and all counterclaims brought by Defendants against Plaintiff are dismissed with prejudice. All costs will be taxed to the party who incurred the same.

It is SO ORDERED.

Signed this 5th day of February, 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE