CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 FEB 11  AM 11: 50

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SOUTHERN CROSS RENTAL, INC., d/b/a Budget Rent-A-Car of McAllen, LESLIE and LOIS CURREY, d/b/a Budget Rent-A-Car of Amarillo and Budget Rent-A-Car of Lubbock, and CURREY ENTERPRISES, INC., d/b/a Budget Rent-A-Car of Abilene,<br><br>  Plaintiffs / Counter-Defendants,<br><br>v.<br><br>BUDGET RENT A CAR SYSTEM, INC.,<br><br>  Defendant / Counter-Plaintiff,<br><br>and<br><br>AVIS BUDGET CAR RENTAL, LLC, and AVIS BUDGET GROUP, INC.,<br><br>  Defendants. | NO. 2:10-CV-1-J |

## ORDER

Before the Court is *Parties' Joint Motion to Extend Time Under the Court's Original Rule 16 Scheduling Order*, filed on February 8, 2010.

The Rule 16 Scheduling Order is modified as follows:

1. The parties shall be ready for trial by **August 9, 2010**. This is not a trial setting. This case will be set on an actual trial docket by later order of the Court.

2. All discovery procedures shall be initiated in time to complete discovery by **June 7, 2010**.

Counsel may extend the discovery deadline for a specific discovery procedure by written agreement. However, no such extension will be considered good cause for an extension of any other deadlines.

3. Motions deadlines are as follows:

   To amend pleadings: **June 1, 2010**.

   For summary judgment: **June 7, 2010**.

   All other motions except motions in limine: **July 6, 2010**.

4. The deadline for filing Rule 26(a)(3) disclosures is **July 26, 2010**.

5. All other deadlines remain unchanged.

6. **THESE SCHEDULING DEADLINES WILL BE FIRM** and shall not be modified except as specifically provided for herein or by leave of Court upon a detailed factual showing of good cause and due diligence in compliance with this Order.

   It is SO ORDERED.

Signed this ___11___ day of February, 2010.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE